UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

FREDERICK HENDERSON,            )
                                )
        Plaintiff,               )
                                )
    vs.                          )   Case No.  06-3045-CV-S-GAF-P
                                )
DR. JAMES T. SCHAEFFER, et al., )
                                )
        Defendants.              )

### O R D E R

Having reviewed the record, it is **ORDERED** that this case is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for plaintiff's failure to file a reply to defendants' motion to dismiss, as previously ordered. Plaintiff is advised that any motion to reopen this case will be denied unless it is filed in a timely manner and accompanied by a reply to defendants' motion to dismiss.

                                        /s/ Gary A. Fenner
                                        GARY A. FENNER
                                        UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: _11/15/06_____.